USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GIFTY AFRAM,

                Plaintiff,      **ORDER**

           -v-      20-CV-2844 (RA) (JLC)

NCS OF GEORGIA *doing business as*
NATIONAL CREDIT SYSTEMS, INC.,

                Defendant.
------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

       In the course of scheduling a settlement conference in this case, the parties informed the Court on August 21, 2020 that they had reached a settlement agreement and were in the process of preparing settlement papers, and, therefore, a conference was no longer needed. Since then, however, the parties have not submitted any settlement documents or otherwise provided an update to the Court. Accordingly, the parties are directed to file a joint letter advising the Court on the status of settlement **by October 2, 2020**.

       **SO ORDERED.**

Dated: September 25, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge